X FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 4 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**ROBERT WOLLNER**
2423 E. Tracy Lane, #2
Phoenix, Arizona 85032
Telephone 602 237-5870

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### Civil Action No.

**CV-19-04537-PHX-DWL**

**ROBERT WOLLNER,**
                    **Plaintiff,**
    vs.

                    **Defendant.**

**SPANISH HILLS CONDOMINIUMS ASSOCIATION**

## COMPLAINT

# United States District Court

**DEFENDANT:** Spanish Hills Condominium Association

# JURISDICTION

The United States District Court, District Of Arizona, is the proper jurisdiction for litigating this matter. The court has jurisdiction and the claim needs no new grounds of jurisdiction to support it.

1. The plaintiff Robert Wollner is a homeowner at Spanish Hills Condominium Association. There is a corrupt Board of Directors at Spanish Hills Condominium Association that remains in office year after year. The subject of this lawsuit in Federal District Court pertains to adverse election methods and techniques that are outside American election standards that the American society is opposed to. When election methods are so corrupt, dishonest, unscrupulous and unprincipled that constant reelection of the same individuals is achieved and no others can obtained those positions than the Federal District Court system should take notice and interject in such inappropriate elections in order to maintain a nation of heightened election standards. Regardless of Federal District Court precepts, honest and open elections in America are of national concern and the high courts should ensure incorruptible elections.

2. We are all familiar with the type of elections that dictators, tyrants and oppressors undertake in foreign countries to stay in office continually. Would we allow those types of elections to occur in the United States.

3. If that type of election is being employed in the United States to dominate and control elections, to determine the outcome of elections, to control which persons will be allowed to run for office and which persons will not be allowed to run for office, and which persons will have their name on the ballot and

which persons will not have their name on the ballot and also to ensure and guarantee that the same persons win the election time and time again, than the federal Court should take notice.

4. When it becomes impossible to elect new persons for an office because those persons who are in office are using inappropriate and unsuitable election techniques and methods to ensure their own constant victory in elections and they are able to control who can run for that office and who cannot run for that office, and they control which persons will hold that office, then this lawsuit is appropriate and the Federal District Court is the proper jurisdiction for addressing such un-American and unconstitutional activities.

5. The plaintiff is asking the Court to consider the by-laws of the Spanish Hills Condominium Association. The by-laws state, see EXHIBIT A, as follows: Nomination for election to the Board of Directors shall be made by a Nominating Committee. The Nominating Committee shall consist of a Chairman, who shall be a member of the Board of Directors, and two or more Members of the Association. The Nominating Committee shall be appointed by the Board of Directors prior to each annual meeting of the Members. The Nominating Committee shall make as many nominations for election to the Board of Directors as it shall in its discretion determine.

6. (illustration) It is election time at Spanish Hills. Time for the Annual Meeting of the Members to occur. The notice is sent out informing the membership of the meeting date and location of the meeting. The current Board of Directors, which consists of three (3) people, is running for reelection. The current Board of Directors forms a Nominating Committee. The president of the Board of Directors becomes the Chairman of the Nominating Committee. The other two members of the Nominating Committee consists of the other two Board of Directors members who are running for reelection.

7. A sitting Board of Directors who is running for reelection has gained control of the Nominating Committee. They have the sole power to determine who will be nominated to run for the next Board of Directors. Who will have their name on the ballot. And who the next Board of Directors will consist of. Naturally, they nominate themselves to run for the next Board of Directors. Anyone who they do not like will not be nominated. Anyone who might be a challenge in the election for the Board of Directors is not nominated. They have the sole power to decide who will be allowed to be on the ballot in the next election. This constitutes a dictatorship, who holds the Association hostage. It is impossible to get rid of corrupt people who hold a seat on the Board of Directors because they control the Nominating Committee which controls who the candidates will be for the next election to the Board of Directors. The Nominating

Committee process is unconstitutional and un-American. It is election rigging. In an open election anyone who wants to run for that position should have the opportunity to have their name on the ballot. There should not be a Nominating Committee which has the power to control who can run and who can not run for the Board of Directors.

8. In the past when things were more honest, and one group of people were not trying to control and dominate who is on the Board of Directors, a Candidate Form was mailed out to all members of the Association. Anyone who wanted to run for the Board of Directors could fill out the Candidate Form and their name would appear on the ballot. Any candidate who wanted to campaign for the Board of Directors could send out information to the homeowners and speak at the annual meeting. It was an open election. With the Nominating Committee system it is a closed election. Only those that are nominated by the Nominating Committee will have their names on the ballot.

7. The Nominating Committee process should require that no one who is running for reelection to the Board of Directors can be on the Nominating Committee. Also, no one who plans to be a candidate in the election for the Board of Directors can be on the Nominating Committee. Another requirement should be that anyone who wants to run for the Board of Directors can submit their

application to the Nominating Committee for consideration. That allows everyone to have the chance to serve on the Board of Directors.

8. The current Nominating Committee method allows for dictatorships to form that continually control the HOA Board of Directors. The Board of Directors has a great deal of power. They run the Association, they make the rules that homeowners must obey, they can fine anyone for violations, they control the Association's money, control the management company's actions and make decisions regarding the actions of the homeowners and the running of the Association. Under the current system Board of Directors members have no special or professional skills that qualify them to manage an Association. They are ordinary working people who have obtained power over an Association, power over the membership, their tenants and guests and the management company. The system must allow for the removal of corrupt and dishonest people, unfit, unsuitable, unscrupulous and shifty people. That is why there is an election every year for a new Board of Directors. With the Nominating Committee system the election can be rigged to allow the same Board of Directors to continue in office indefinitely.

9. The Board of Directors also employs another method for controlling the outcome of elections. On the ballot it states, see EXHIBIT B,

Please note that in order to be entitled to vote in the election, and for this Absentee Ballot to be counted, you must be an owner of record with recorded deeds on file with the Association at the time of the meeting. --- this should be removed from the ballot.

10. The plaintiff is requesting the following from the Court.

1. The removal of the Nominating Committee from the election by Court Order.

2. Removal from the ballot the requirement that voters must be an owner of record with recorded deeds on file with the Association.

3. A judgment against the defendant for costs related to this lawsuit.

Dated this 24th day of June, 2019.

SIGNATURE OF PLAINTIFF

# EXHIBIT A

## ARTICLE V

## NOMINATION AND ELECTION OF DIRECTORS

Section 1.  Nomination.  Nomination for election to the Board of Directors shall be made by a Nominating Committee. Nominations may also be made from the floor at the annual meeting.  The Nominating Committee shall consist of a Chairman, who shall be a member of the Board of Directors, and two or more Members of the Association.  The Nominating Committee shall be appointed by the Board of Directors prior to each annual meeting of the Members, to serve from the close of such annual meeting until the close of the next annual meeting and such appointment shall be announced at each annual meeting.  The Nominating Committee shall make as many nominations for election to the Board of Directors as it shall in its discretion determine, but not less than the number of vacancies that are to be filled. Such nominations may be made from among Members or non-members.

Section 2.  Election.  Election to the Board of Directors shall be by secret written ballot.  At such election the Members or their proxies may cast, in respect to each vacancy, as many votes as they are entitled to exercise under the provisions of the Declaration.  The persons receiving the largest number of votes shall be elected.  Cumulative voting is permitted.

## ARTICLE VI

## MEETING OF DIRECTORS

Section 1.  Regular Meetings.  Regular meetings of the Board of Directors shall be held monthly without notice, at such place and hour as may be fixed from time to time by resolution of the

# EXHIBIT B

# Spanish Hills Condominium Association

C/o Community Management & Consulting
3612 W Dunlap Ave., Ste. K
Phoenix, Arizona 85051
Phone (602) 943-2384 Fax (602) 943-2484

## ABSENTEE BALLOT

In the event you are unable to attend the Annual Meeting of the Members scheduled and noticed to be held **Tuesday August 29, 2017 at 6:30 p.m.**, this Absentee Ballot shall be used to cast your vote in the Election of Directors. In the event you choose to vote by Absentee Ballot, once received by the Association, your vote cannot be rescinded, revoked, or re-voted, even if you personally attend the Annual Meeting.

**EVEN IF YOU CHOOSE NOT TO VOTE,** PLEASE FILL OUT THE BOTTOM PORTION OF THIS FORM AND CHECK OR MARK THIS BOX (THEN MAIL THIS DOCUMENT TO THE ADDRESS LISTED ABOVE OR FAX TO THE FAX NUMBER LISTED ABOVE).

☐    I AM NOT VOTING BUT I WANT THIS BALLOT TO COUNT FOR QUORUM SO THAT THE ASSOCIATION CAN CONDUCT ITS BUSINESS.

<u>**This Absentee Ballot must be signed and dated by the member and returned by mail or by fax no later than 3:00 p.m., August 29, 2017.**</u>

<u>**Absentee Ballots will not be accepted at any time after the deadline or at the Annual Meeting.**</u>

No person other than the Member is authorized to cast votes on his/her behalf.

Please be advised that nominations for Directors can be taken from the floor. Member's casting votes by Absentee Ballots will not have had an opportunity to consider those candidates. Also, please note that in order to be entitled to vote in the election, and for this Absentee Ballot to be counted, you must be an owner of record with recorded deeds on file with the Association at the time of the meeting.

Please do not assume it is easy to meet the quorum requirement, or that your neighbor is likely to respond to this mailing making your participation unnecessary. In order to hold the meeting and conduct business, including the election of directors, your presence in person, or your participation through the *Absentee Ballot* process, is essential. <u>**There are only three (3) positions to be filled on the Board.**</u>
<u>**Cumulative voting is permitted, so the 3 candidates that receive the majority votes will be elected.**</u>

_____ Colin  O'Neill                          _____ Susan  McClellan

_____ Sonja Penh                            _____ Rick Lockwood


_____ Write In Candidate _____


This Absentee Ballot is **CONFIDENTIAL**