# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Wollner, | No. CV-19-04537-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Spanish Hills Condominiums Association, | |
| Defendant. | |

On September 24, 2019, the Court issued the following Order:

Federal courts are courts of limited jurisdiction. As a result, they can hear only those cases that the Constitution and Congress have authorized them to adjudicate: namely, cases involving diversity of citizenship, a federal question, or cases to which the United States is a party. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). The party asserting jurisdiction bears the burden of proving a jurisdictional basis exists. *Id.*

In this case, Plaintiff's entire jurisdictional statement is as follows: "The United States District Court, District of Arizona, is the proper jurisdiction for litigating this matter. The court has jurisdiction and the claim needs no new grounds of jurisdiction to support it." (Doc. 1 at 1). This statement is inadequate to establish this Court's jurisdiction to hear this matter. Further, the Court has reviewed the complaint and cannot locate a basis for federal subject matter jurisdiction.

Based on the foregoing, Plaintiff will be required to supplement the complaint and establish federal subject matter jurisdiction. If Plaintiff fails to comply with this Order, this case <u>will be dismissed, without further warning</u>, without prejudice, for lack of jurisdiction. Accordingly,

**IT IS ORDERED** that Plaintiff shall file a supplement to the complaint establishing federal subject matter jurisdiction by October 8, 2019 or this case will be dismissed, without prejudice, for lack of jurisdiction.

(Doc. 7).

The deadline has passed, and Plaintiff did not file a supplement to the complaint. Therefore,

**IT IS ORDERED** dismissing this case, without prejudice, for lack of subject matter jurisdiction; the Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that Plaintiff's application for leave to proceed in forma pauperis (Doc. 2) is denied as moot.

Dated this 17th day of October, 2019.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge

- 2 -