## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Wollner, | NO. CV-19-04537-PHX-MTL |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A** |
| Spanish Hills Condominiums Association, | **CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 17, 2019, the complaint and action are dismissed without prejudice for lack of subject matter jurisdiction.

Brian D. Karth
District Court Executive/Clerk of Court

October 17, 2019

s/ Michelle Sanders
By   Deputy Clerk